1901.) Action by Annie E. Wilson, as administratrix, etc., against the Æolian Company and others. No opinion. Motion for leave to appeal to the court of appeals granted.

WRIGHT, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1901.) Action by John Wright against the Brooklyn Heights Railroad Company. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

WUEST, Appellant, v. BROOKLYN CITIZEN, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1901.) Action by Wanda Wuest against the Brooklyn Citizen. No opinion. Order affirmed, with $10 costs and disbursements.

WYER, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Term. June, 1901.) Action by Lulsdorf F. Wyer against Webster White. R. L. Stanton, for appellant. D. R. Horton, for respondent. No opinion. Judgment affirmed, with costs.

YAW v. WHITMORE et al. (Supreme Court, Appellate Division, Fourth Department. October 1, 1901.) Action by William Yaw against Valentine F. Whitmore and others. No opinion. Motion to dismiss appeal denied, without costs.

END OF CASES IN VOL. 72.

*